Gregg A. Farley (State Bar No. 115593)
LAW OFFICES OF GREGG A. FARLEY
11755 Wilshire Blvd., Suite 1300
Los Angeles, California 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

Sahag Majarian II (State Bar No. 146621)
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff Jose Alejandro Orellana Martinez, appearing on behalf of himself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MARTINEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR EXPRESS INTERNATIONAL USA, INC., an Ohio corporation; and DOES 1-25,<br><br>Defendants. | Case No.: CV12-2994 DSF (PJWx)<br><br>**STIPULATION FOR CONTINUANCE OF CERTAIN DEADLINES IN ORDER RE JURY TRIAL**<br><br>Ctrm: Hon. Dale S. Fischer |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Jose Alejandro Orellana Martinez ("Martinez") and Defendant Air Express International USA, Inc. ("Air Express") (collectively, "the Parties"), through their undersigned attorneys of record, as follows:

1. This is a proposed wage and hour class action which was removed from the Los Angeles County Superior Court to this Court on April 5, 2012.

2. On July 23, 2012, the Court held the Scheduling Conference in this case, at which time the Court considered the Parties' Joint Rule 26(f) Report. Effective the same date, the Court issued an Amended Order re Jury Trials in which the Court set certain deadlines in the case as follows:

   a. Adding Parties or Amending Pleadings: 7/31/12;

   b. Discovery Cut-off: 7/23/13

   c. Expert Witness Exchange Deadline:

      Initial: 8/20/13

      Rebuttal: 9/3/13

      Cut-off: 10/15/13

   d. Motion Hearing Cut-off: 8/5/13

   e. ADR Cut-off: 8/20/13

f. Final Pretrial Conference: 10/21/13 @ 3:00 pm

g. Trial Date: 11/12/13 @ 8:30 a.m. (7 day estimate)

3. Since the July 23, 2012 Scheduling Conference, the Parties have been diligently conducting discovery relevant to the class certification issues in this case. Among other things, on or about September 13, 2012, the Parties reached an agreement under which Air Express agreed to produce categories of documents requested by Martinez in three stages which the Parties refer to as "Phase I," "Phase II" and "Phase III." In general, Phase I consists of certain documents relating (i) to Air Express's policies and practices and (ii) to the individual employment of Martinez. Phase II consists of documents reflecting the dates when employees last worked and the dates when they were paid their final wages. Phase III consists of time and payroll records for a sample of employees

4. On September 24, 2012, Air Express commenced producing Phase I documents to Martinez. Thereafter, in October 2012, Air Express produced Phase II documents to Martinez. On January 28, 2012, Air Express produced Phase III documents to Martinez. On March 28, 2013, Air Express took the deposition of Martinez. Finally, among other discovery, on March 27, 2013, pursuant to the Court's December 6, 2012 Order Granting Stipulation for Privacy Notice to

Proposed Class Members, Air Express disclosed to Martinez the names and contact information of those putative class members who did not object to the disclosure of such information.

5. After the production of the above-mentioned discovery, the Parties, through their counsel, reached an agreement to attend a private settlement mediation. As the Court is aware, there are a limited number of private mediators who are experienced in the mediation of wage and hour class actions arising under California law, and the calendars of these private mediators are congested and often full for periods of two to three months in advance. After considering multiple mediators, on April 5, 2013, the parties selected Eugene C. Moscovitch from PMA Dispute Resolution to act as private mediator. However, due to Mr. Moscovitch's calendar and the availability of Air Express's company representative to attend the mediation, the earliest date which the Parties were able to reserve for a mediation before Mr. Moscovitch was August 21, 2013. The Parties also checked with another mutually acceptable mediator, but the earliest date available with that mediator was in September 2013. Accordingly, the Parties have decided to proceed with the scheduled mediation before Mr. Moscovitch on August 21, 2013.

6. Although the mediation date of August 21, 2013, is only one day after the above-mentioned ADR cut-off deadline previously entered by the Court, the Parties would like to hold off filing a contested motion for class certification until the Parties have had an opportunity to discuss settlement. At present, under the Amended Order re Jury Trial, the motion hearing cut-off in the case is August 5, 2013. Accordingly, the Parties desire to continue the motion hearing cut-off and certain of the other deadlines set forth in the Amended Order re Jury Trial so that the Parties can attempt to reach a class action settlement of this case, and, failing that, still have sufficient time to prepare for and brief a contested motion for class certification should that become necessary. Such a continuance would also have the advantage of conserving scarce financial resources which might be put to better use in settlement of this case. If the requested continuance is denied, Martinez will be forced to file a contested motion for class certification and have it heard before the Parties can attend the August 21, 2013 mediation before Mr. Moscovitch.

7. While preparing for the August 21, 2013 mediation, the Parties will continue to diligently conduct discovery relevant to the certification issues in the case. Among other things, on April 5, 2013, Martinez served a notice of deposition for the deposition of Air Express's

"person most knowledgeable" ("PMK") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Martinez is currently awaiting direction from Air Express as to the scheduling of this PMK deposition.

NOW, THEREFORE, IT IS HEREBY STIPULATED between the Parties, as follows:

1. Pursuant to Section 12 of the Standing Order for Cases Assigned to Judge Dale S. Fischer, the Parties respectfully request that the Court enter the following new deadlines in the case. These deadlines are intended to continue the original ADR cut-off deadline by approximately one (1) month and all other deadlines approximately four (4) months:

a. Discovery Cut-off: 11/19/13

b. Expert Witness Exchange Deadline:

Initial: 12/24/13

Rebuttal: 1/7/13

Cut-off: 2/18/14

c. Motion Hearing Cut-off: 12/9/13

d. ADR Cut-off: 9/17/13

e. Final Pretrial Conference: 2/24/14 @ 3:00 pm

f. Trial Date: 3/18/14 @ 8:30 a.m. (7 day estimate)

DATED: April 26, 2013

LAW OFFICES OF GREGG A. FARLEY

By: /S/

Gregg A. Farley
Attorneys for Plaintiff Jose Alejandro Orellano Martinez, appearing on behalf of himself and all others similarly situated

DATED: April 26, 2013

DUANE MORRIS LLP

By: /S/

Anthony J. Rao
Attorneys for Defendant Air Express International USA, Inc.