Gregg A. Farley (State Bar No. 115593)
LAW OFFICES OF GREGG A. FARLEY
11755 Wilshire Blvd., Suite 1300
Los Angeles, California 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

Sahag Majarian II (State Bar No. 146621)
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff Jose Alejandro Orellana Martinez,
appearing on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MARTINEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIR EXPRESS INTERNATIONAL USA, INC., an Ohio corporation; and DOES 1-25,<br><br>    Defendants. | Case No.:  CV12-2994 DSF (PJWx)<br><br>**PROPOSED ORDER GRANTING STIPULATION FOR CONTINUANCE OF CERTAIN DEADLINES IN ORDER RE JURY TRIAL**<br><br>Ctrm:   Hon. Dale S. Fischer |

# **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants the Stipulation for Continuance of Certain Deadlines in Order re Jury Trial filed by Plaintiff Jose Alejandro Orellana Martinez ("Martinez") and Defendant Air Express International USA, Inc. ("Air Express") (collectively, the "Parties").

2. Accordingly, the Court hereby vacates the deadlines set forth in the Court's Amended Order re Jury Trial filed July 23, 2012 and enters the following new deadlines in this case:

   a. Discovery Cut-off:  11/19/13

   b. Expert Witness Exchange Deadline:

      Initial:  12/24/13

      Rebuttal:  1/7/13

      Cut-off:  2/18/14

   c. Motion Hearing Cut-off:  12/9/13

   d. ADR Cut-off:  9/17/13

   e. Final Pretrial Conference:  2/24/14 @ 3:00 pm

///

///

    f. Trial Date:  3/18/14 @ 8:30 a.m. (7 day estimate)

  IT IS SO ORDERED.

DATED: _____ __, 2013    _____
                Hon. Dale S. Fischer, U.S. District Court Judge