UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MARTINEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>AIR EXPRESS INTERNATIONAL USA, INC., an Ohio corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No.: CV12-2994 DSF (PJWx)<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF CERTAIN DEADLINES IN ORDER RE JURY TRIAL**<br><br>Ctrm:  Hon. Dale S. Fischer |

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants the Stipulation for Continuance of Certain Deadlines in Order re Jury Trial filed by Plaintiff Jose Alejandro Orellana Martinez ("Martinez") and Defendant Air Express International USA, Inc. ("Air Express") (collectively, the "Parties").

2. Accordingly, the Court hereby vacates the deadlines set forth in the Court's Amended Order re Jury Trial filed July 23, 2012 and enters the following new deadlines in this case:

   a. Discovery Cut-off: 11/19/13

   b. Expert Witness Exchange Deadline:

   Initial: 12/24/13

   Rebuttal: 1/7/14

   Cut-off: 2/18/14

   c. Motion Hearing Cut-off: 12/9/13

   d. ADR Cut-off: 9/17/13

   e. Final Pretrial Conference: 2/24/14 @ 3:00 pm

///

///

      f.  Trial Date: 3/18/14 @ 8:30 a.m. (7 day estimate)

IT IS SO ORDERED.

DATED: 5/13/13

_____
Hon. Dale S. Fischer, U.S. District Court Judge