Gregg A. Farley (State Bar No. 115593)
LAW OFFICES OF GREGG A. FARLEY
11755 Wilshire Blvd., Suite 1300
Los Angeles, California 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

Sahag Majarian II (State Bar No. 146621)
18250 Ventura Blvd.
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff Jose Alejandro Orellana Martinez,
appearing on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MARTINEZ, an individual, appearing on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIR EXPRESS INTERNATIONAL USA, INC., an Ohio corporation; and DOES 1-25, <br><br> Defendants. | Case No.:  CV12-2994 DSF (PJWx) <br><br> **STIPULATION FOR CONTINUANCE OF CERTAIN DEADLINES IN ORDER RE JURY TRIAL** <br><br> Ctrm:   Hon. Dale S. Fischer |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Jose Alejandro Orellana Martinez ("Martinez") and Defendant Air Express International USA, Inc. ("Air Express") (collectively, "the Parties"), through their undersigned attorneys of record, as follows:

1. Due to unforeseen circumstances surrounding the preparation for and re-scheduling of the Parties' settlement mediation, now scheduled for November 20, 2013, the Parties are hereby requesting a brief, second extension or continuance of the trial and pre-trial deadlines assigned to this case for a period of approximately three (3) months from the currently assigned dates.  The basis for this requested continuance is set forth below.

2. This proposed wage and hour class action was removed from the Los Angeles County Superior Court to this Court on April 5, 2012.  On July 23, 2012, the Court held the Scheduling Conference in this case, and, effective the same date, the Court issued an Amended Order re Jury Trials in which the Court set certain deadlines in the case.

3. Thereafter, the Parties engaged in extensive discovery and reached an agreement to attend a private settlement mediation to discuss the possible resolution of this case in a class action settlement.  However, as the Court is aware, there are a limited number of private mediators

who are experienced in the mediation of wage and hour class actions arising under California law, and the calendars of these private mediators are congested and often full for periods of two to three months in advance.  After considering multiple mediators, on April 5, 2013, the Parties selected Eugene C. Moscovitch from PMA Dispute Resolution to act as private mediator.  But, due to Mr. Moscovitch's calendar and the availability of Air Express's company representative to attend the mediation, the earliest date which the Parties were able to reserve for a mediation before Mr. Moscovitch was August 21, 2013, which did not leave the Parties sufficient time to comply with the Court's previously scheduled trial and pre-trial dates if the case did not settle.

4.  Accordingly, on April 26, 2013, the Parties filed with the Court a Stipulation and proposed Order requesting that the Court extend or continue the previously scheduled trial and pre-trial dates by a period of approximately four (4) months in order to give the parties sufficient time to prepare for and attend the August 21st settlement mediation before Mr. Moscovitch.  On May 13, 2013, the Court issued the requested Order, vacating the deadlines set forth in the Court's Amended Order re Jury Trial, filed July 23, 2012, and entering the following new deadlines in the case:

a.  Discovery Cut-off:  11/19/13

b.  Expert Witness Exchange Deadline:

Initial:  12/24/13

Rebuttal:  1/7/14

Cut-off:  2/18/14

c.  Motion Hearing Cut-off:  12/9/13

d.  ADR Cut-off:  9/17/13

e.  Final Pretrial Conference:  2/24/14 @ 3:00 pm

f.  Trial Date:  3/18/14 @ 8:30 a.m. (7 day estimate)

5.  Thereafter, the Parties continued to engage in extensive discovery to prepare the case for trial and for the private mediation scheduled for August 21, 2013.  Among other things, Martinez took the depositions of the following four (4) employees of Air Express in Los Angeles, California, and Columbus, Ohio, who were designated as "persons most knowledgeable" ("PMK's") to testify on behalf of Air Express regarding various subjects:

a.  Patricia Langley, July 25, 2013 PMK Deposition, Columbus, Ohio

b. Toni Coon, July 26, 2013 PMK Deposition, Columbus, Ohio

c.  Rafael Galban, August 2, 2013 PMK Deposition, Los Angeles, California

     d.  Yvonne Darensbourg, August 8, 2013 PMK Deposition, Los Angeles, California

6.  However, commencing on or about August 13, 2013 (8 days before the previously scheduled August 21st mediation date), the Parties had a disagreement regarding the scope of the claims to be addressed during the settlement mediation.  As a consequence of this disagreement, the Parties decided that they needed additional time to complete discovery and other work necessary to be adequately prepared for the mediation.  On August 14, 2013, the Parties collectively cancelled the August 21st mediation date before Mr. Moscovitch and rescheduled it to take place approximately three (3) months later on November 20, 2013.

g.  The Parties are deeply mindful of their obligation to comply with the Court's previously-scheduled deadlines and to prepare this case for trial.  However, the Parties have a sincere interest in attending the November 20th settlement mediation before Mr. Moscovitch and therefore believe that it would be appropriate to continue the Court's pre-trial and trial dates in this case for a period of approximately three (3) months (roughly the same period as the continuance of the mediation date) to afford the Parties sufficient time to comply with those dates in the event the case does not settle on November 20th.

NOW, THEREFORE, IT IS HEREBY STIPULATED between the Parties, as follows:

1. Pursuant to Section 12 of the Standing Order for Cases Assigned to Judge Dale S. Fischer, the Parties respectfully request that the Court enter the following new deadlines in the case.  These deadlines are intended to continue the deadlines by approximately three (3) months in recognition of the fact that the mediation has been continued for approximately that period of time:

   a. Discovery Cut-off:  2/18/14

   b. Expert Witness Exchange Deadline:

      Initial:  3/25/14

      Rebuttal:  4/8/14

      Cut-off:  5/20/14

   c. Motion Hearing Cut-off:  3/10/14

   d. ADR Cut-off:  12/17/13

   e. Final Pretrial Conference:  5/26/14 @ 3:00 pm

//

//

//

//

f.   Trial Date:  6/17/14 @ 8:30 a.m. (7 day estimate)

1

2   DATED:  September 3, 2013          LAW OFFICES OF GREGG A.
                                       FARLEY
3

4                                      By:_____/S/_____

5

6                                              Gregg A. Farley
                                       Attorneys for Plaintiff Jose Alejandro
7                                      Orellano Martinez, appearing on behalf
8                                      of himself and all others similarly
                                       situated
9

10  DATED:  September 3, 2013          DUANE MORRIS LLP

11

12                                     By:_____/S/_____

13

14                                             Anthony J. Rao
                                       Attorneys for Defendant Air Express
15                                     International USA, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28