**DUANE MORRIS LLP**
Anthony J. Rao (SBN 173512)
 arao@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1086
Facsimile: (212) 208-2575

Attorneys for Defendant
Air Express International USA, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MARTINEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>         vs.<br><br>AIR EXPRESS INTERNATIONAL USA, INC., an Ohio corporation; and DOES 1-25,<br><br>    Defendants. | Case No.: CV12-2994 DSF (PJWx)<br><br>**ORDER GRANTING SECOND STIPULATION FOR TEMPORARY STAY PENDING CLASS ACTION SETTLEMENT**<br><br>Ctrm: Hon. Dale S. Fischer |

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants the Second Stipulation for Temporary Stay Pending Class Action Settlement filed by Plaintiff Jose Alejandro Orellana Martinez ("Martinez") and Defendant Air Express International USA, Inc. ("Air Express") (collectively, the "Parties").

2. Accordingly, the Court hereby stays this case up to and including January 14, 2014.

3. The Parties shall promptly notify the Court when and if Air Express gives its final consent to the proposed class action settlement on or before January 14, 2014.  If Air Express gives such final consent to the proposed settlement by said date, the Parties may request at that time that the Court vacate all previously set trial, pre-trial and discovery dates and deadlines so that the Parties may file a motion for preliminary approval of the class action settlement.  If Air Express does not give its final consent to the proposed settlement on or before January 14, 2013, the Parties shall so notify the Court and may request that the Court set new dates and deadlines for trial and for all remaining pre-trial and discovery matters.

IT IS SO ORDERED.

DATED: 1/2/14

_____
Hon. Dale S. Fischer, U.S. District Court Judge